UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA MAE BAUM,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:25-cv-02034-DC-SCR<br><br>ORDER GIVING EFFECT TO PARTIES' STIPULATION AND REMANDING CASE PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. Nos. 10, 13) |

On November 14, 2025, the parties filed a stipulation agreeing to remand this case for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 13.) The parties agree that on remand, the Administrative Law Judge "should further develop the record, as appropriate, and issue a new decision." (*Id.*) The parties further agree that the Administrative Law Judge "should reevaluate the evidence and the step-five finding, including whether a person with Plaintiff's limitations can perform a significant number of jobs in the national economy." (*Id.*)

Good cause appearing, and pursuant to the parties' stipulation, this case is hereby remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the parties' stipulation.

The Clerk of the Court is directed to enter final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

In addition, Plaintiff's pending motion for summary judgment (Doc. No. 10) is denied as having been rendered moot by this order.

IT IS SO ORDERED.

Dated: **November 25, 2025**

Dena Coggins
United States District Judge

2